IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. CR-10-43-D |
|  | ) |  |
| MEHRAN KORANKI, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**PRETRIAL CONFERENCE MEMORANDUM**

On November 2, 2010, the Court held a pretrial conference pursuant to Fed. R. Crim. P. 17.1. The following matters were discussed during the conference:

1. There are no outstanding discovery issues.

2. Potential evidentiary issues were discussed, including those addressed in the government's motion in limine and notices regarding Rule 404(b) evidence and business records. Defendant will file any response or objection to the government's motion and notices by the close of business on Wednesday, November 3, 2010. To the extent possible, the Court will issue a ruling on Defendant's objections before the start of trial.

3. Possible stipulations were discussed related to the admissibility of business records and certain documents.

4. The government has proposed the use of a modified form of the Indictment from which the forfeiture allegations and the dismissed charge have been redacted. The Court also requested the preparation of an agreed summary of the Indictment for use during jury selection and trial. The government will provide the proposed summary by electronic submission to the Court's designated mailbox by the close of business on Friday, November 5, 2010. By that same time,

Defendant shall advise the Court of any objections or requested revisions to the redacted Indictment and the proposed summary.

5. The government requested, and the Court approved, the presence of two case agents at counsel table during the trial.

6. Unless otherwise ordered, the trial will begin with jury selection at 9:30 A.M. on Monday, November 8, 2010, and will proceed with opening statements and the presentation of evidence the same day. Counsel must be present by 9:15 A.M. that day. To the extend possible, counsel should promptly notify the Court of any additional issues that arise during trial preparation.

DATED this 3rd day of November, 2010.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE